ORDERED UNSEALED on 05/07/2024 s/ andreasar

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD SIMON PALACIO,

Defendant.

Case No.: **24MJ1512**

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 13, 2024, within the Southern District of California, defendant RICHARD SIMON PALACIO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Remington 870 12-gauge shotgun bearing serial number T421618V, and a 9mm UZI bearing serial number SA26994; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 17th day of April 2024.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On March 13, 2024, at approximately 3:25 p.m., patrolling San Diego Sheriff's Department ("SDSD") Officers observed a Green Hummer ("Vehicle") parked at the Rodeway Inn motel located at 1635 S Mission Road in Fallbrook within the Southern District of California. This area is known to police as a high-crime and gang-affiliated area with numerous narcotics arrests, frauds, felony wanted subjects, assault with deadly weapons (firearm), and a murder in recent months.

Officers saw the Vehicle had dark tint on the front passenger and driver windows making it very difficult for the Officers to see in. Officers saw the front passenger seat window was rolled halfway down. As Officers approached, they immediately saw the Defendant Richard Simon PALACIO slide down in his seat and slightly roll up his window. Officers saw that Defendant was holding a non-dispensary clear glass container with marijuana in violation of California Vehicle Code § 23220(B)(2).

When asked to step out of the Vehicle, Defendant was extremely slow to answer questions and was asked several times if he had a firearm on him. Officers opened the door of the vehicle and observed Defendant was wearing very loose and baggy jeans and a hoodie sweatshirt. Based on his training and experience, the Officer knew that subjects who wear baggy clothing can easily conceal weapons on their person. As the Officer was about to conduct a weapon pat down of Defendant, Defendant said goodbye to his girlfriend who was outside of the Vehicle. As Officers detained Defendant, Defendant admitted he had a gun on him.

During a pat down of Defendant, Officers recovered an unloaded privately-manufactured 9mm handgun incorporating a Polymer80 lower receiver (commonly referred to as a "Ghost gun") inside of Defendant's front hoodie pocket. During a search of the vehicle, Officers recovered a Remington 870 12-gauge shotgun bearing serial number T421618V loaded with one round of ammunition, and a 9mm UZI bearing serial number SA26994, each concealed within a separate black storage bin with a yellow lid in the rear cargo area. Records checks revealed that the 9mm UZI had been reported as stolen. While

Officers rendered the 9mm UZI safe, Defendant told the Officer how to pull the slide to the rear. On the steering wheel column of the vehicle, Officers found a clear zipper baggie containing a white crystal-like substance, which based on the Officer's training and experience, he believed was a controlled substance. Officers also located a used needle and a spoon like object used for melting narcotics near the baggie.

Records checks on Defendant revealed the following relevant criminal history:

| **CONVICTION DATE** | **COURT OF CONVICTION** | **CHARGE** | **TERM OF IMPRISONMENT** |
|---|---|---|---|
| 05/07/2013 | CASC – Indio | Cal. P.C. § 148(A)(1) – Obstruct Public Officer | 6 months jail |
| 05/07/2013 | CASO – Riverside | Cal. P.C. § 11377(A) – Possess Controlled Substance | 16 months jail |
| 04/10/2008 | CASC – Indio | Cal. P.C. § 273.5(A) – Inflict Corporal Injury Spouse/Cohabitant; Cal. P.C. § 243(E)(1) Battery of Spouse/Ex | 4 days jail |
| 12/21/2006 | CASC – Perris | Cal. P.C. § 12021(A)(1) – Felon Possess Firearm (Felony) | 16 months prison |
| 08/30/2004 | CASC – Indio | Cal. P.C. § 148(A)(1) – Obstruct Public Officer | 30 days jail |
| 08/05/2004 | CASD CORR – Delano | Cal. P.C. § 12020(A)(4) – Carry Concealed Dirk or Dagger | 2 years prison |
| 03/09/1999 | CASC – Indio | Cal. P.C. § 148 – Obstruct/Resist Public Officer; Cal. V.C. § 10851(A) – Take Vehicle without Owner Consent/Vehicle Theft (Felony) | 36 months prison |
| 02/04/1997 | CAMC – Indio | Cal. P.C. § 496 – Receive Known Stolen Property (Felony) | 16 months prison |
| 01/16/1997 | CASO – Riverside | Cal. P.C. § 496 – Receive Known Stolen | 16 months prison |

| | | | |
|---|---|---|---|
| | | Property (Felony) | |
| 11/21/1995 | CASC – Indio | Cal. P.C. § 496 – Receive Known Stolen Property (Felony) | 16 months prison |
| 03/20/1995 | CAMC – Indio | Cal. P.C. § 246.3 – Discharge Firearm Negligently | 90 days jail |

The firearms and ammunition were seized and inspected. Preliminary checks revealed that the Remington 870 12-gauge shotgun and the fully-automatic 9mm UZI were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.